**WEISS & SPEES, LLP**
Michael H. Weiss (State Bar No. 107481)
1925 Century Park East | Suite 650
Los Angeles, California 90067
Telephone: (424) 245-3100
Facsimile: (424) 245-3199
mw@weissandspees.com

Attorneys for Heide Kurtz, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 02:09-17727BR |
| NAMCO Financial Exchange Corp., | Chapter 7 |
| Debtor. | **TRUSTEE'S STATUS REPORT** |

S:\Kurtz\Namco Financial Exchange\Pleadings\Trustee's Status Report V2.doc

Heide Kurtz ("Kurtz"), Chapter 7 Trustee of Namco Financial Exchange Corp. ("Debtor") submits the following status report:

**Assets:**

1. The assets of the estate appear to be the following:

    a) Cash of approximately $67,000;

    b) Claims totaling approximately $50,000,000 against Namco Capital Group, Inc. ("Namco");

    c) Claims totaling approximately $50,000,000 against Ezri Namvar ("Namvar");

    d) Claims against four crime fraud insurance policies issued by Liberty International Underwriters, AXIS Insurance Co., The Hartford Universal Excess and Zurich American Insurance Co. totaling no less than $20,000,000; and

    e) Avoidance claims against parties other than Namco and Namvar in amounts to be determined.

2. The Trustee's counsel has examined other policies and that counsel believes that those policies provide no basis for recovery.

**Claims:**

3. No claims bar date has been set because this is an involuntary bankruptcy.

4. However, based upon claims filed and Debtor's records, the Trustee believes that the claims against the estate are as follows:

| | |
|---|---|
| Arnel Investments, LLC . | $447,259.90 |
| Brickwalk, LLC | $1,554,592.58 |
| Rolling Hills Capital, LLC. | $1,558,751.03 |
| JRMB Family, LLC. | $372,375.00 |
| Asilzadeh Family, LLC. | $57,618.75 |
| J. Golshan, LLC. | $575,812.50 |
| 87th Peoria, LLC | $872,378.00 |
| Murphy 230 Land Company & Holly Getlin | $3,227,026.24 |
| LA Crescenta Foothill Invst | $2,110,318.18 |
| Boyle Avenue, LLC. | $7,090,598.26 |

| | |
|---|---|
| Sunnylane Partners, LLC. | $1,971,973.24 |
| Paul and Judith Laska Family Trust | $728,246.75 |
| Crawford Living Trust | $295,676.74 |
| Pela Properties LLC | $109,397.57 |
| Sokha & Kulwinder Bhopal | $653,110.55 |
| Leo & Irene Karsin Trust No. 2 | $17,491,859.33 |
| Ernesto & Socorro Vasquez | $742,455.33 |
| | $39,859,449.95 |

5. The Trustee expects to file Debtor's schedules and a statement of financial affairs by May 13, 2010. After that is done, the Trustee will send a notice of a claims bar date to all known or suspected creditors.

6. The Trustee reserves the right to object to any claim on any basis.

**Investigations:**

7. It appears that Debtor maintained bank accounts at the following banks:

a) Bank of America

b) Wells Fargo Bank

c) Security Pacific Bank (sold by the FDIC to Pacific Western Bank)

8. The Trustee is in the process of subpoenaing records from each bank in order to ascertain which transfers might trigger coverage under the crime fraud insurance policies or liability as avoidable transfers (preferences and fraudulent transfers).

**Potential Litigation:**

9. On July 2, 2010, the Trustee gave the insurers notice of the estate's claim under the crime-fraud policies.

10. On December 18, 2009, the Trustee, in response to the request of the insurers' claims investigator, filed a notarized proof of claim form with the insurers seeking restitution for claims totaling approximately $39,000,000.

11. The carriers have continued to correspond with the Trustee's counsel in examining the Trustee's claim by demanding that the Trustee provide additional information and documentation, which the Trustee has done by giving the insurers' investigator all of the documents in her possession.

12. As of this date, the insurers have neither admitted nor denied coverage.

Printed on Recycled Paper

13. Once the Trustee has examined all of Debtor's bank records, she will bring suit against the insurers if they have not accepted coverage and it appears their declination or refusal to take a position as to coverage is in bad faith.

**Namco Creditors Committee:**

14. On or about November 20, 2009, the Office of the United States Trustee appointed the Trustee to act as a member of the Namco creditors committee.

15. By and large, the Trustee participates through her counsel.

16. Such participation allows the Trustee to keep abreast with what is transpiring in the Namco and Namvar bankruptcies.

17. This estate is the largest creditor of both cases. <u>Please note</u>: the estate's claims in one case duplicate its claims in the other.

18. At this time, the Trustee cannot predict how much she expects this estate to receive distributions from those estates.

19. If creditors of this estate have filed claims against the Namco and Namvar estates, a reconciliation of distributions will need to be made to insure that no creditor has been disadvantaged or preferred as a result of distributions from the Namvar and Namco estates.

Dated: April 30, 2010

WEISS & SPEES, LLP

By: /s/ Michael H. Weiss
Michael H. Weiss
General Bankruptcy Counsel to Chapter 7 Trustee,
Heide Kurtz

Printed on Recycled Paper

| In re: NAMCO Financial Exchange Corp., | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-17727-BR |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1925 Century Park East, Suite 650, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **TRUSTEE'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 3, 2010 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached Service List**

II. **SERVED BY U. S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 3, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


II. **SERVED BY EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 3, 2010 | Laura J. Meltzer | /S/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

**Mailing Information for Case 2:09-bk-17727-BR**

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notices for this case.

J Scott Bovitz   bovitz@bovitz-spitzer.com
Caroline Djang   crd@jmbm.com
Stuart I Koenig   Skoenig@cmkllp.com
John P Kreis   jkreis@attglobal.net
Heide Kurtz   trustee@hkurtzco.com, ca45@ecfcbis.com
Jennifer Leland   jleland@pwkllp.com
Elmer D Martin   elmermartin@msn.com
Susan I Montgomery   susan@simontgomerylaw.com
Monserrat Morales   mmorales@pwkllp.com
Lawrence Peitzman   lpeitzman@pwkllp.com
David M Poitras   dpoitras@jmbm.com
Christopher S Reeder   creeder@reederlugreen.com
David B Shemano   dshemano@pwkllp.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Howard J Weg   hweg@pwkllp.com
Michael H Weiss   mweiss@fms-law.com, lm@weissandspees.com;jb@weissandspees.com
Michael H Weiss   mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
Afshin Youssefyeh   ady@adylaw.com


**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Susan I Montgomery
Law Office of Susan I Montgomery
1925 Century Park East
Suite 2000
Los Angeles, CA 90067

Namco Financial Exchange Corp
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Michael W Vivoli
Vivoli & Associates
2550 Fifth Ave Ninth Fl
San Diego, CA 92103

# SERVICE LIST VIA U.S. MAIL

# NAMCO FINANCIAL EXCHANGE CORP.

# CASE NO. 2:09-bk-17727-BR

| | |
|---|---|
| Paul and Judith Laska Family Trust of Oct. 9, 1997<br>Paul and Judith Laska<br>The Crawford Living Trust Dated Sept. 23, 1983<br>Ernesto and Socorro Vasquez<br>C/O Stephen Fainsbert, Esq.<br>Fainsbert Mase & Snyder, LLP<br>11835 W. Olympic Blvd., Suite 1100<br>Los Angeles, CA 90064<br><br>87th Peoria, LLC<br>C/O Law Offices of Ehsan Afaghi<br>170 S. Beverly Dr. Ste 315<br>Beverly Hills, CA. 90212<br><br>Arnel Investments, LLC<br>c/o Bovitz & Spitzer<br>880 W First Street<br>Suite 502<br>Los Angeles, California 90012-2430<br><br>Employment Development Dept.<br>Bankruptcy Group<br>MIC 92E, P.O. Box 826880<br>Sacramento, CA 94280-0001<br><br>Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Sunnylane Partners LLC<br>c/o Louis J Esbin Esq<br>Law Offices of Louis J Esbin<br>27201 Tourney Rd Ste 122<br>Valencia, CA 91355-1857<br><br>Holly Getlin, Gordon Karsin and Ronald Karsin<br>C/o Loeb & Loeb LLP<br>Gerry Chizever, Esq.<br>10100 Santa Monica Blvd., 22nd Floor<br>Los Angeles, CA 90067<br><br>Holly Geltin, as Trustee of the Irene Karsin Famil<br>C/o Loeb & Loeb LLP<br>10100 Santa Monica Blvd., 22nd Floor<br>Los Angeles, CA 90067<br><br>Levering 26, LLC<br>P.O. Box 491335<br>Los Angeles, CA 90049<br><br>Boyle Avenue, LLC<br>Brickwalk, LLC<br>Rolling Hills Capital, LLC<br>C/O Michael W. Vivoli, Esq.<br>Vivoli & Assoc.<br>2550 Fifth Ave., 9th Flr.<br>San Diego, CA 92103 |