Form B6F (Official Form 6F) - (Rev. 10/06)    2006 USBC, Central District of California

In re NAMCO FINANCIAL EXCHANGE CORP.

Case No.: 2:09-BK-17727-BR

Debtor. (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Paul & Judith Laska & Paul & Judith Laska Family Trust<br>c/o Stephen Fainsbert, Esq.<br>Fainsbert Mase & Snyder, LLP<br>11835 W. Olympic Boulevard, Ste 1100<br>Los Angeles, CA 90064 | | | Exchange Funds Deposited with Debtor<br>August 8, 2008 | X | X | X | $737,501.98 |
| Last four digits of ACCOUNT NO.<br><br>Levering 26, LLC<br>Po Box 491335<br>Los Angeles, CA 90049 | | | Exchange Funds Deposited with Debtor | X | X | X | $1,979,530.08 |
| Last four digits of ACCOUNT NO.<br><br>Ernesto & Socorro Vasquez<br>c/o Stephen Fainsbert, Esq.<br>Fainsbert Mase & Snyder, LLP<br>11835 W. Olympic Boulevard, Ste 1100<br>Los Angeles, CA 90064 | | | Exchange Funds Deposited with Debtor<br>March 24, 2008 | X | X | X | $766,379.06 |
| Last four digits of ACCOUNT NO.<br><br>The Crawford Living Trust<br>c/o Stephen Fainsbert<br>Fainsbert Mase & Snyder, LLP<br>11835 W. Olympic Boulevard, Ste 1100<br>Los Angeles, CA 90064 | | | Exchange Funds Deposited with Debtor<br>August 27, 2008 | X | X | X | $298,603.74 |

6 Continuation Sheets attached

Subtotal ➤ $3,782,014.86

Total
(Use only on last page of the completed Schedule F.) ➤ $
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re NAMCO FINANCIAL EXCHANGE CORP.
Debtor.

Case No.: 2:09-BK-17727-BR (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> 87th Peoria, LLC <br> c/o Law Offices of Ehsan Afaghi <br> 170 S. Beverly Dr. Ste 315 <br> Beverly Hills, CA 90212 | | | Exchange Funds Deposited with Debtor <br> May 2, 2008 | x | x | x | $872,378.00 |
| Last four digits of ACCOUNT NO. <br><br> Arnel Investments, LLC <br> c/o Bovitz & Spitzer <br> 880 W. First Street, Ste 502 <br> Los Angeles, CA 90012-2430 | | | Exchange Funds Deposited with Debtor <br> January 23, 2008 | x | x | x | $447,259.90 |
| Last four digits of ACCOUNT NO. <br><br> Sunnylane Partners, LLC <br> c/o Louis J. Esbin, Esq. <br> Law Offices of Louis J. Esbin <br> 27201 Tourney Rd. Ste 122 <br> Valencia, CA 91355-1857 | | | Exchange Funds Deposited with Debtor <br> August 29, 2008 | x | x | x | $2,092452.70 |
| Last four digits of ACCOUNT NO. <br><br> Holly Getlin, Gordon Karsin & Ronald Karsin <br> c/o Mark D. Campbell, Esq., Benjamin R. King, Esq. <br> Loeb & Loeb <br> 10100 Santa Monica Boulevard, 22nd Fl <br> Los Angeles, CA 90067 | | | Exchange Funds Deposited with Debtor <br> July 30, 2008 | | | | $17,744,586.00 |

Subtotal ➤ $ $21,156,676.60

Sheet no. 2 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.) ➤ $
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 10/06)　　　　　　　　　　　　　　　　2006 USBC, Central District of California

In re Namco Financial Exchange Corp.

Case No.: 2:09-bk-17727-BR

Debtor.　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Rolling Hills Capital, LLC<br>C/O Michael W. Vivoli, Esq.<br>Vivoli & Assoc.<br>2550 Fifth Ave., 9th Flr.<br>San Diego, CA 92103 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | $1,558,751.03 |
| Last four digits of ACCOUNT NO.<br><br>Assilzadeh Family Trust<br>c/o Joseph Golshan<br>1960 Carla Ridge<br>Beverly Hills, CA 90210 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | $57,618.75 |
| Last four digits of ACCOUNT NO.<br><br>J. Golshan LLC<br>c/o Joseph Golshan<br>1960 Carla Ridge<br>Beverly Hills, CA 90210 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | $575,812.50 |
| Last four digits of ACCOUNT NO.<br><br>JRMB Family Trust<br>c/o Joseph Golshan<br>1960 Carla Ridge<br>Beverly Hills, CA 90210 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | $372,375.00 |

Sheet no. 3 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $2,564,557.28

Total
(Use only on last page of the completed Schedule F.) ►  $
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re Namco Financial Exchange Corp.

Case No.: 2:09-bk-17727-BR

Debtor. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Sokha Bhopal<br>27244 Sycamore Meadow Dr., #900<br>Beverly Hills, CA 90210 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | $653,110.55 |
| Last four digits of ACCOUNT NO.<br><br>Pela Properties, LLC<br>c/o Pantea Javaherian<br>4673 Ellenita Ave<br>Tarzana, CA 91356 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | $109,397.57 |
| Last four digits of ACCOUNT NO.<br><br>LA Crescenta Foothill Investments<br>c/o Mehrdad Taheriour<br>2337 Roscomare Road #2-125<br>Bel-Air, CA 90077 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | $2,110,318.18 |
| Last four digits of ACCOUNT NO.<br><br>Rouhalah Raanan And Golshan L.L.C.<br>c/o Rouhalah Raanan<br>5950 Laurel Canyon<br>North Hollywood, CA 91607 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | Unknown |

Subtotal ➤ $2,872,826.30

Sheet no. 4 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 10/06)                                    2006 USBC, Central District of California

In re Namco Financial Exchange Corp.
                                                        Debtor.
Case No.: 2:09-bk-17727-BR            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Royal Investors Group LLC<br>Attn Ebby Shakib Manager<br>10100 Santa Monica Blvd Suite 2430<br>Los Angeles California 90067 | | | Exchange Funds deposited with Debtor<br>Date Unknown | X | X | X | Unknown |
| Last four digits of ACCOUNT NO.<br><br>Elmer D Martin, III *<br>P.O. Box 4670<br>Diamond Bar, CA 91765-0670 | | | Consideration Unknown<br>Date Unknown | X | X | X | Unknown |
| Last four digits of ACCOUNT NO.<br><br>David B Shemano*<br>10100 Santa Monica Blvd., Ste 1450<br>Los Angeles, CA 90067-4115 | | | Consideration Unknown<br>Date Unknown | X | X | X | Unknown |
| Last four digits of ACCOUNT NO.<br><br>Susan I Montgomery*<br>1925 Century Park East, Ste 2000<br>Los Angeles, CA 90067 | | | Consideration Unknown<br>Date Unknown | X | X | X | Unknown |

Sheet no. 5 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ NA

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $

\* The party listed is a professional and the name of the creditor and underlying nature of their claim and the amount of any claim is unknown.

Form B6F (Official Form 6F) - (Rev. 10/06)  2006 USBC, Central District of California

In re Namco Financial Exchange Corp.

Case No.: 2:09-bk-17727-BR (If known)

Debtor.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Employment Development Dept. Bankruptcy Group MIC 92E, P.O. Box 826880 Sacramento, CA 94280-0001 | | | Unknown | X | X | X | Unknown |
| Last four digits of ACCOUNT NO. <br> Afshin Youssefyeh 1875 Century Park East, Ste 1490 Los Angeles, CA 90067-2515 | | | Unknown | X | X | X | Unknown |
| Last four digits of ACCOUNT NO. <br> Los Angeles City Clerk P.O. Box 53200 Los Angeles, CA 90053-0200 | | | Unknown | X | X | X | Unknown |
| Last four digits of ACCOUNT NO. <br> Brickwalk, LLC c/o Michael W. Vivoli, Esq. Vivoli & associates 2550 Fifth Avenue, 9th Fl, San Diego, CA 92103 | | | Exchange Funds Deposited with Debtor Date Unknown | X | X | X | $1,554,592.58 |

Subtotal ➤ $1,554,592.58

Sheet no. 6 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 10/06)     2006 USBC, Central District of California

In re Namco Financial Exchange Corp.

Case No.: 2:09-bk-17727-BR

Debtor. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Boyle Avenue, LLC<br>c/o Michael W. Vivoli, Esq.<br>Vivoli & associates<br>2550 Fifth Avenue, 9th Fl.<br>San Diego, CA 92103 | | | Exchange Funds Deposited with Debtor<br>Date Unknown | X | X | X | $7,090,598.26 |
| Last four digits of ACCOUNT NO.<br><br>Holly Getlin, Trustee Irene Karsin Family Trust<br>c/o Mark D. Campbell, Esq., Benjamin R. King, Esq.<br>Loeb & Loeb<br>10100 Santa Monica Boulevard, 22nd Fl<br>Los Angeles, CA 90067 | | | Exchange Funds Deposited with Debtor | X | X | X | $3,718,071.88 |
| Last four digits of ACCOUNT NO.<br><br>Drivers Way Investment LLC<br>c/o Ron Farhadi<br>8950 W. Olympic #372<br>Beverly Hills CA 90211 | | | Unknown | X | X | X | Unknown |
| Last four digits of ACCOUNT NO. | | | | X | X | X | |

| | | |
|---|---|---|
| | Subtotal ➤ | $ 10,808,670.14 |
| Sheet no. 7 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Total<br>(Use only on last page of the completed Schedule F.) ➤<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ 42,739,337.76 |