1 | HEIDE KURTZ
2515 S. WESTERN AVE.
2 | SUITE 11
SAN PEDRO, CA  90732
3 | Phone: (310) 832-3604
Facsimile: (310) 832-0838
4

5

6 | UNITED STATES BANKRUPTCY COURT

7 | CENTRAL DISTRICT OF CALIFORNIA

8

9 | LOS ANGELES DIVISION

10 | In re:                                            )       Case No.  2:09-bk-17727-BR
NAMCO FINANCIAL EXCHANGE CORP..   )
11 |                                                       )       Chapter 7
                                                      )
12 |                                                       )       NOTIFICATION OF ASSET
                                                      )       CASE, SET CLAIMS BAR DATE
13 |                                                       )
                                                      )
14 |                                                       )
_____Debtor(s)_____)
15

16

17 |       TO:      JON D. CERETTO,  CLERK OF THE UNITED STATES BANKRUPTCY

18 | COURT, HEIDE KURTZ, the duly appointed Chapter 7 Trustee in the above-captioned

19 | bankruptcy case, after reviewing the case docket and file and determining that no claims bar

20 | date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets

21 | will be administered in the above-captioned case and appropriate notice should be given to

22 | creditors to file claims.

23

24 | Dated: June 14, 2010

25

26 |                                          HEIDE KURTZ
CHAPTER 7 TRUSTEE
27

28