**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

| | | |
|---|---|---|
| In re: NAMCO FINANCIAL EXCHANGE CORPORATION | § § § § | Case No. 2:09-bk-17727-BR |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Heide Kurtz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
255 E. Temple Street, Suite 940
Los Angeles, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held on 3-30-2021 at 10:00 a.m. in Courtroom 1668 Los Angeles Courthouse, located at 255 E. Temple Street, Los Angeles, CA 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the Trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or any other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate had been fully administered. See Federal Rule of Bankruptcy Procedure 5009. Due to Covid, the hearing will be conducted on Zoom at zoomgov.com. Use Meeting ID: 1614742395, Password: 123456

Date Mailed: 02/12/2021                    By: /s/ Heide Kurtz

                                                                    Trustee

Heide Kurtz
2515 South Western Ave. Ste.11
San Pedro, CA 90732
(310) 832-3604
hkurtz@hkurtzco.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Los Angeles DIVISION**

| | | |
|---|---|---|
| In re:NAMCO FINANCIAL EXCHANGE<br>CORPORATION | §<br>§<br>§<br>§ | Case No. 2:09-bk-17727-BR |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 1,519,428.22 |
| *and approved disbursements of:* | $ | 1,348,118.55 |
| *leaving a balance on hand of[1]:* | $ | 171,309.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 171,309.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - HEIDE KURTZ, Trustee | 68,832.85 | 49,636.24 | 19,196.61 |
| Trustee, Expenses - Heide Kurtz, Trustee | 1,320.62 | 1,153.43 | 167.19 |
| Charges, U.S. Bankruptcy Court | 500.00 | 0.00 | 500.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 1,264.81 | 1,264.81 | 0.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 15,475.45 | 12,019.53 | 3,455.92 |
| Attorney for Trustee Fees (Other Firm) - Weiss & Spees LLP | 165,865.00 | 165,865.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - SMILEY WANG-EKVALL | 78,814.50 | 41,109.50 | 37,705.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) - WEILAND GOLDEN SMILEY WANG-EKVALL | 217,965.00 | 217,965.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Weiss & Spees LLP | 7,284.95 | 7,284.95 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - SMILEY WANG-EKVALL | 2,547.42 | 824.42 | 1,723.00 |
| Attorney for Trustee Expenses (Other Firm)  - WEILAND GOLDEN SMILEY WANG-EKVALL | 7,089.33 | 7,089.33 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - HAHN FIFE & COMPANY, LLP | 66,530.00 | 59,042.00 | 7,488.00 |
| Accountant for Trustee Expenses (Other Firm) - HAHN FIFE & COMPANY, LLP | 1,639.10 | 990.40 | 648.70 |

Total to be paid for chapter 7 administrative expenses: $ 70,884.42
Remaining balance: $ 100,425.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 100,425.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $60,643.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Franchise Tax Board | 834.98 | 834.98 | 0.00 |
| 23P | City of Los Angeles Office of Finance | 59,808.18 | 59,808.18 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 100,425.25

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,775,549.49 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Paul and Judith Laska Family Trust | 737,501.98 | 11,472.83 | 1,617.97 |
| 2 | Paul and Judith Laska | 0.00 | 0.00 | 0.00 |
| 3 | Ernesto and Socorro Vasquez | 766,379.06 | 11,922.05 | 1,681.33 |
| 4 | The Crawford Living Trust | 298,603.74 | 4,645.18 | 655.09 |
| 5 | 87th Peoria, LLC | 872,378.00 | 13,571.00 | 1,913.88 |
| 6 | Arnel Investments, LLC c/o Bovitz & Spitzer | 447,259.90 | 6,957.72 | 981.23 |
| 7 | Sunnylane Partners LLC | 2,092,452.70 | 32,550.89 | 4,590.55 |
| 8 | Holly Getlin, Gordon Karsin and Ronald Karsin | 17,744,586.00 | 276,040.67 | 38,929.18 |
| 9 | Holly Geltin, Trustee of Irene Karsin Family Trust | 3,718,071.88 | 57,839.56 | 8,156.94 |
| 10 | Levering 26 LLC | 1,979,530.08 | 30,794.23 | 4,342.81 |
| 11 | Faye Javahery, Solemon Hezghaeian and Ramin Javahery | 2,778,397.00 | 43,221.67 | 6,095.42 |
| 12 | Namco Capital Group Inc | 0.00 | 0.00 | 0.00 |
| 13U | Franchise Tax Board | 450.00 | 7.00 | 0.99 |
| 14 | JRMB Family Trust | 372,375.00 | 5,792.79 | 816.94 |
| 15 | JGolshan, LLC | 575,812.50 | 8,957.53 | 1,263.25 |
| 16 | Asilzadeh Family LLC | 57,618.75 | 896.34 | 126.40 |
| 17 | Drivers Way Investments, LLC | 0.00 | 0.00 | 0.00 |
| 18 | La Crescenta Foothill Investments, LLC | 2,110,318.18 | 32,828.81 | 4,629.75 |
| 19 | Boyle Avenue LLC | 7,090,598.26 | 110,303.70 | 15,555.80 |
| 20 | Joseph & Sharona Amin | 1,018,372.85 | 15,842.15 | 2,234.17 |
| 21 | Brickwalk, LLC | 1,555,342.58 | 24,195.42 | 3,412.21 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Rolling Hills Capital, LLC | 1,559,501.03 | 24,260.11 | 3,421.34 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 100,425.25 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $140,000.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Elissa D Miller, Ch 7 Trustee for Mariana Jalil | 140,000.00 | 0.00 | 0.00 |
| 26 | Mobil 601 Plaza, LLC | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $54,299.94 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23U | City of Los Angeles Office of Finance | 21,947.94 | 0.00 | 0.00 |
| 27 | INTERNAL REVENUE SERVICE | 32,352.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

5

Prepared By: /s/ Heide Kurtz

Trustee

Heide Kurtz

2515 South Western Ave. Ste.11

San Pedro, CA 90732

(310) 832-3604

hkurtz@hkurtzco.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**